A CERTIFIED TRUE COPY

OCT 13 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2007 JAN -3 P 12: 40

CLERK_____
_____OF GA.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 2 7 2006

FILED
CLERK'S OFFICE

*DOCKET NO. 1596*

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-70)

On April 14, 2004, the Panel transferred six civil actions to the United States District Court for the Eastern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 314 F.Supp.2d 1380 (J.P.M.L. 2004). Since that time, 1,325 additional actions have been transferred to the Eastern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Jack B. Weinstein.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of New York and assigned to Judge Weinstein.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of New York for the reasons stated in the order of April 14, 2004, and, with the consent of that court, assigned to the Honorable Jack B. Weinstein.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of New York. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

OCT 1 3 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

## SCHEDULE CTO-70 - TAG-ALONG ACTIONS
### DOCKET NO. 1596
### IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

DIST. DIV. C.A. #                    CASE CAPTION

ALABAMA MIDDLE
   ALM  3  06-762            Jerry Washington, etc. v. Eli Lilly & Co.

CALIFORNIA NORTHERN
   CAN  3  06-5390           Jim Alabiso v. Eli Lilly & Co., et al.

GEORGIA MIDDLE
   GAM  3  06-45             Randy Fisher v. Eli Lilly & Co.

GEORGIA NORTHERN
   GAN  1  06-2075           Delores Griggs v. Eli Lilly & Co.
   GAN  3  06-65             Wesley Fortner, et al. v. Eli Lilly & Co.

GEORGIA SOUTHERN
   GAS  2  06-156            Jill Kelly v. Eli Lilly & Co.

IOWA SOUTHERN
   IAS  3  06-63             Vickie Bradley v. Eli Lilly & Co.

INDIANA SOUTHERN
   INS  1  06-1259           Guillermina Baez v. Eli Lilly & Co.
   INS  1  06-1293           Robert Williams v. Eli Lilly & Co.
   INS  1  06-1304           Carl Shivel v. Eli Lilly & Co.

LOUISIANA WESTERN
   LAW  5  06-1398           Stanley W. Freeman v. Eli Lilly & Co.
   LAW  5  06-1399           Meosha Shantel Coleman v. Eli Lilly & Co.
   LAW  6  06-1378           Eric P. Mitchell v. Eli Lilly & Co.
   LAW  6  06-1379           Kevin Leon Wallace v. Eli Lilly & Co.

MISSISSIPPI NORTHERN
   ~~MSN  3  06-110~~            ~~Jim Hood, etc. v. Eli Lilly & Co.~~  Opposed 10/3/06

OREGON
   OR    3  06-1212           Robert L. Searcie v. Eli Lilly & Co.

PENNSYLVANIA EASTERN
   PAE  2  06-3159           Doretha Mobley v. Eli Lilly & Co.
   PAE  2  06-3745           Ruth Bickel v. Eli Lilly & Co.

TEXAS NORTHERN
   TXN  3  06-1572           Linda J. Bible, et al. v. Eli Lilly & Co.

VIRGINIA EASTERN
   VAE  2  06-483            Gregory Dexter Lewis v. Eli Lilly & Co.

# SCHEDULE CTO-70 - TAG-ALONG ACTIONS
## DOCKET NO. 1596
## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

DIST. DIV. C.A. #                    CASE CAPTION

**ALABAMA MIDDLE**
ALM  3  06-762              Jerry Washington, etc. v. Eli Lilly & Co.   06-CV-5619

**CALIFORNIA NORTHERN**
CAN  3  06-5390            Jim Alabiso v. Eli Lilly & Co., et al.   06-CV-5622

**GEORGIA MIDDLE**
GAM  3  06-45              Randy Fisher v. Eli Lilly & Co.   06-CV-5623

**GEORGIA NORTHERN**
GAN  1  06-2075           Delores Griggs v. Eli Lilly & Co.   06-CV-5624
GAN  3  06-65             Wesley Fortner, et al. v. Eli Lilly & Co.   06-CV-5625

**GEORGIA SOUTHERN**
GAS  2  06-156            Jill Kelly v. Eli Lilly & Co.   06-CV-5626

**IOWA SOUTHERN**
IAS  3  06-63             Vickie Bradley v. Eli Lilly & Co.   06-CV-5627

**INDIANA SOUTHERN**
INS  1  06-1259           Guillermina Baez v. Eli Lilly & Co.   06-CV-5628
INS  1  06-1293           Robert Williams v. Eli Lilly & Co.   06-CV-5629
INS  1  06-1304           Carl Shivel v. Eli Lilly & Co.   06-CV-5630

**LOUISIANA WESTERN**
LAW  5  06-1398           Stanley W. Freeman v. Eli Lilly & Co.   06-CV-5631
LAW  5  06-1399           Meosha Shantel Coleman v. Eli Lilly & Co.   06-CV-5632
LAW  6  06-1378           Eric P. Mitchell v. Eli Lilly & Co.   06-CV-5633
LAW  6  06-1379           Kevin Leon Wallace v. Eli Lilly & Co.   06-CV-5634

**MISSISSIPPI NORTHERN**
~~MSN  3  06-110~~          ~~Jim Hood, etc. v. Eli Lilly & Co.~~ Opposed 10/3/06

**OREGON**
OR   3  06-1212           Robert L. Searcie v. Eli Lilly & Co.   06-CV-5635

**PENNSYLVANIA EASTERN**
PAE  2  06-3159           Doretha Mobley v. Eli Lilly & Co.   06-CV-5636
PAE  2  06-3745           Ruth Bickel v. Eli Lilly & Co.   06-CV-5637

**TEXAS NORTHERN**
TXN  3  06-1572           Linda J. Bible, et al. v. Eli Lilly & Co.   06-CV-5638

**VIRGINIA EASTERN**
VAE  2  06-483            Gregory Dexter Lewis v. Eli Lilly & Co.   06-CV-5639



# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:         [202] 502-2888

http://www.jpml.uscourts.gov

October 13, 2006

Robert C. Heinemann, Clerk
130 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Re: MDL-1596 -- In re Zyprexa Products Liability Litigation

(See Attached CTO-70)

Dear Mr. Heinemann:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on <u>September 27, 2006</u>. As stipulated in Rule 7.4(a) of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By
Mecca S. Carter
Deputy Clerk

Attachment

cc: Transferee Judge:    Judge Jack B. Weinstein
    Transferor Judges:   (See Attached List of Judges)
    Transferor Clerks:   (See Attached List of Clerks)

JPML Form 36

INVOLVED COUNSEL LIST (CTO-70)
DOCKET NO. 1596
IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

Samuel J. Abate, Jr.
McCarter & English, L.L.P.
245 Park Avenue
27th Floor
New York, NY 10167

Benjamin E. Baker, Jr.
Beasley, Allen, Crow, Methvin, Portis &
Miles, PC
P.O. Box 4160
Montgomery, AL 36103-4160

Timothy R. Balducci
Langston Law Firm, PA
P.O. Box 787
Booneville, MS 38829-0787

William J. Bethune
Pepper Hamilton, LLP
600 14th Street, N.W.
Washington, DC 20005

Brian S. Campf
Williams, Love, O'Leary, Craine &
Powers, PC
9755 S.W. Barnes Road
Suite 450
Portland, OR 97225-6681

Thomas F. Campion, Jr.
Drinker, Biddle & Reath, L.L.P.
500 Campus Drive
Florham Park, NJ 07932-1047

James H. Cook
Dutton, Braun, Staack & Hellman, PLC
P.O. Box 810
Waterloo, IA 50704

Elizabeth A. Cranford
Whatley, Drake & Kallas, LLC
2323 2nd Avenue, North
P.O. Box 10647
Birmingham, AL 35202-0647

David J. Cutshaw
Cohen & Malad, LLP
One Indiana Square
Suite 1400
Indianapolis, IN 46204

Colleen T. Davies
Reed Smith, LLP
1999 Harrison Street, Suite 2400
P.O. Box 2084
Oakland, CA 94612-3572

Bahar Dejban
Law Offices of Shawn Khorrami
14550 Haynes Street
3rd Floor
Van Nuys, CA 91411

Andrew G. Finkelstein
Finkelstein & Partners, LLP
436 Robinson Avenue
Newburgh, NY 12550

Nina M. Gussack
Pepper Hamilton, LLP
3000 Two Logan Square
18th & Arch Street
Philadelphia, PA 19103-2799

Keith M. Jensen
Jensen, Belew & Gonzalez, PLLC
1024 North Main Street
Fort Worth, TX 76106

Brian S. Kabateck
Kabateck, Brown, Kellner, L.L.P
350 S. Grand Avenue
39th Floor
Los Angeles, CA 90071

Jamie Kendall
Price, Waicukauski & Riley, LLC
The Hammond Block Building
301 Massachusetts Avenue
Indianapolis, IN 46204

George A. Lehner
Pepper Hamilton, LLP
1300 19th Street, N.W.
Suite 700
Washington, DC 20036

Scott D. Levensten
Levensten Law Firm
1325 Spruce Street
Philadelphia, PA 19107

David P. Matthews
Abraham, Watkins, Nichols, Sorrels
Matthews & Friend
800 Commerce Street
Houston, TX 77002-1776

Douglas T. Miracle
Watkins Ludlam Winter & Stennis,
P.A.
P.O. Box 427
Jackson, MS 39205-0427

Alycen A. Moss
Smith Moore, LLP
One Atlantic Center
1201 West Peachtree Street
Suite 3700
Atlanta, GA 30309

Lawrence J. Myers
Smith Moore, LLP
One Atlantic Center
1201 West Peachtree Street
Suite 3700
Atlanta, GA 30309

Robert L. Salim
1762 Texas Street
P.O. Box 2069
Natchitoches, LA 71457-2069

Christopher A. Seeger
Seeger Weiss, LLP
550 Broad Street
Suite 920
Newark, NJ 07102-4573

James Paul Sizemore
Beasley, Allen, Crow, Methvin, Portis
& Miles, PC
P.O. Box 4160
Montgomery, AL 36103-4160

David B. Vermont
Herman, Mathis, Casey, Kitchens &
Gerel, LLP
4900 Seminary Road
Suite 650
Alexandria, VA 22311

E. Frank Woodson
Beasley, Allen, Crow, Methvin, Portis
& Miles, PC
P.O. Box 4160
Montgomery, AL 36103-4160

# INVOLVED JUDGES LIST (CTO-70)
## DOCKET NO. 1596
## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

Hon. Anthony A. Alaimo
Senior U.S. District Judge
U.S. District Court
P.O. Box 944
Brunswick, GA 31521

Hon. Donald C. Ashmanskas
U.S. Magistrate Judge
1127 Mark O. Hatfield U.S. Courthouse
1000 SW Third Avenue
Portland, OR 97204-2902

Hon. Harvey Bartle, III
Chief Judge, U.S. District Court
16614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

Hon. Jack T. Camp
U.S. District Judge
P.O. Box 939
Newnan, GA 30264-0939

Hon. Julie E. Carnes
U.S. District Judge
2167 Richard B. Russell Federal Building & U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303-3361

Hon. Richard T. Haik, Sr.
Chief Judge, U.S. District Court
4200 U.S. Courthouse
800 Lafayette Street
Lafayette, LA 70501

Hon. S. Maurice Hicks, Jr.
U.S. District Judge
5226 United States Courthouse
300 Fannin Street
Suite 5226
Shreveport, LA 71101

Hon. Maria-Elena James
U.S. Magistrate Judge
15-5698 Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102-3434

Hon. James Edgar Kinkeade
U.S. District Judge
1625 Earle Cabell Federal Building & U.S. Courthouse
1100 Commerce Street
Dallas, TX 75242-1003

Hon. Larry J. McKinney
Chief Judge, U.S. District Court
204 U.S. Courthouse
46 East Ohio Street
Indianapolis, IN 46204

Hon. Tucker L. Melancon
U.S. District Judge
4700 U.S. Courthouse
800 Lafayette Street
Lafayette, LA 70501

Hon. Michael P. Mills
U.S. District Judge
335 Federal Bldg. & U.S. Courthouse
911 Jackson Avenue, West
Oxford, MS 38655

Hon. C. Ashley Royal
U.S. District Judge
U.S. District Court
P.O. Box 128
Macon, GA 31202

Hon. Berle M. Schiller
U.S. District Judge
5614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Hon. Rebecca Beach Smith
U.S. District Judge
358 Walter E. Hoffman U.S. Courthouse
600 Granby Street
Norfolk, VA 23510-1915

Hon. Myron H. Thompson
U.S. District Judge
P.O. Box 235
Montgomery, AL 36101-0235

Hon. John Daniel Tinder
U.S. District Judge
304 U.S. Courthouse
46 East Ohio Street
Indianapolis, IN 46204

Hon. Donald E. Walter
Senior U.S. District Judge
4200 U.S. Courthouse
300 Fannin Street
Shreveport, LA 71101-3050

Hon. Charles R. Wolle
Senior U.S. District Judge
U.S. Courthouse, Suite 103
123 East Walnut Street
Des Moines, IA 50309

Hon. Richard L. Young
U.S. District Judge
310 Federal Building
101 N.W. Martin Luther King Blvd.
Evansville, IN 47708

## INVOLVED CLERKS LIST (CTO-70)
## DOCKET NO. 1596
## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

~~Arlen D. Coyle, Clerk~~
~~369 Federal Building & U.S. Courthouse~~
~~911 Jackson Avenue East~~
~~Oxford, MS 38655-3622~~

Debra P. Hackett, Clerk
U.S. District Court
P.O. Box 711
Montgomery, AL 36101-0711

Donald M. Cinnamond, Clerk
740 Mark O. Hatfield U.S. Courthouse
1000 Southwest Third Avenue
Portland, OR 97204-2902

Fernando Galindo, Acting Clerk
193 Walter E. Hoffman U.S. Courthouse
600 Granby Street
Norfolk, VA 23510-1915

Gregory J. Leonard, Clerk
P.O. Box 128
Macon, GA 31202

Karen S. Mitchell, Clerk
U.S. District Court
1100 Commerce Street
Room 1452
Dallas, TX 75242

Laura A. Briggs, Clerk
105 Birch Bayh Federal Building
& U.S. Courthouse
46 East Ohio Street
Indianapolis, IN 46204

Luther D. Thomas, Clerk
2211 Richard B. Russell Fed. Building
United States Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303-3361

Luther D. Thomas, Clerk
P.O. Box 939
Newnan, GA 30264

Marge Krahn, Clerk
P.O. Box 256
Davenport, IA 52805

Michael E. Kunz, Clerk
2609 James A. Byrne
U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

Richard W. Wieking, Clerk
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Robert H. Shemwell, Clerk
2100 U.S. Courthouse
800 Lafayette Street
Lafayette, LA 70501

Robert H. Shemwell, Clerk
1167 U.S. Courthouse
300 Fannin Street
Shreveport, LA 71101-3083

Scott Poff, Clerk
P.O. Box 1636
Brunswick, GA 31521-1636